# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| WILLIAM W. SPIRES, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:12-CV-773 CAS |
| ) | |
| JAMES HURLEY, ) | |
| ) | |
| Respondent. ) | |

## ORDER

This matter is before the Court on state prisoner William W. Spires, Jr.'s action pursuant to 28 U.S.C. § 2254. This case was referred to United States Magistrate Judge Nannette A. Baker for report and recommendation on all dispositive matters and for final disposition on all non-dispositive matters, pursuant to 28 U.S.C. § 636(b).

On July 29, 2015, Judge Baker filed a Report and Recommendation of United States Magistrate Judge which denied Spires' motion for leave to amend his habeas corpus petition a second time and recommended that Spires' amended petition for writ of habeas corpus be denied. No objections were filed to the Magistrate Judge's Report and Recommendation within the time permitted.

After careful review of the record, the Court concurs in the thorough and well-reasoned recommendation of the Magistrate Judge.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge is **sustained**, **adopted** and **incorporated** herein. [Doc. 39]

**IT IS FURTHER ORDERED** that William W. Spires, Jr.'s Amended Petition for Writ of Habeas Corpus pursuant to Title 28 U.S.C. § 2254 is **DENIED**. [Doc. 13]

**IT IS FURTHER ORDERED** that this matter is **DISMISSED**, with no further action to take place herein.

An appropriate judgment will accompany this order.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  24th  day of August, 2015.